**Appeal Dismissed and Memorandum Opinion filed August 22, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00132-CV

---

### SHACONA LAWSON, Appellant

### V.

### DIANA J. KOBOBEL, Appellee

---

**On Appeal from the Probate Court No. 1
Harris County, Texas
Trial Court Cause No. 492538-402**

---

### MEMORANDUM OPINION

The record indicates that this appeal arises from a probate proceeding under Estates Code sections 32.005 and 31.002(c). According to the appellate record, the order granting the traditional motion for summary judgment was part of one phase of related litigation brought in the probate proceeding. Tex. Est. Code Ann. §§ 31.002(c), 32.005. The order granting summary judgment was signed January 12, 2024.

In a probate proceeding, a party may appeal an order disposing of all issues and parties of a particular phase. *See De Ayala v. Mackie*, 193 S.W.3d 575, 578–79 (Tex. 2006). According to the record, the order granting summary judgment neither disposes of appellee's claims for attorney's fees, nor does the record indicate that the claim for attorney's fees has been abandoned by appellee. It appears that the summary-judgment order is not a final order for purposes of Estates Code section 32.001(c) because it does not dispose of the attorney's fee claim that is part of that phase. Tex. Est. Code Ann. § 31.001(c).

On July 25, 2024, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of subject-matter jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before August 5, 2024. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, we dismiss the appeal for want of subject-matter jurisdiction.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.